**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 6, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00503-CV

## ST. PAUL MERCURY INSURANCE COMPANY, Appellant

## V.

## JAMES E. GALLOWAY, CATHERINE B. GALLOWAY, GALLOWAY TRUST MANAGEMENT AND ALLIANCE DEVELOPMENT, INC., Appellees

**On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Cause No. 2008-26123**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 23, 2012. On November 28, 2012, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Christopher, and Jamison.